AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEROME DERRELL ROBERTSON
a/k/a Jerome D Robertson
        Plaintiff(s)
    v.         **Civil Action No.**    3:18cv522

DR WALA, DR DURAK
and THERAPIST BOREN
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is hereby entered in favor of the Defendants, Dr. Wala, Dr. Durak and Therapist Boren and against Plaintiff, Jerome Derrell Robertson a/k/a Jerome D Robertson.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  Damon R Leichty  on a Motion for Summary Judgment

DATE: 1/28/20         ROBERT TRGOVICH, CLERK OF COURT

                          by  s/Monica Clawson
                              *Signature of Clerk or Deputy Clerk*