Case #3:18-CV-522-DRL-MGG

February 14, 2020

Dear Clerk,

Please be advised that the plaintiff received final judgment on the above cause that was enter on January 27, 2020. DKt. 135. The plaintiff intends to file Notice of Appeal. However, the plaintiff is requesting Affidavit Accompaning motion to appeal in forma pauperis. Once this motion is retrieved, the plaintiff will abide by the procedures to redress his issues on appeal. Gratitude for your time and consideration regarding this matter.

Sincerely Jerome D. Robertson